409 A.2d 856

ESTATE of Carolyn M. YETTER, Deceased.

Appeal of Richard YETTER.

Supreme Court of Pennsylvania.

Argued Oct. 9, 1979.

Decided Jan. 18, 1980.

Norman Ashton Klinger, Norristown, for appellant.

Martin R. Fountain, Richard H. Knox, Philadelphia, for appellee, Frieda Zink.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

## OPINION OF THE COURT

PER CURIAM:

Decree affirmed. Each party to pay own costs.